UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ERIC G. FOX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:22-cv-00024 ) |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 30) recommending that the Court deny Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 25). Because no objections have been filed, the district court is not required to review the R&R de novo. Thomas v. Arn, 474 U.S. 140, 151 (1985).

The Court has nonetheless reviewed the R&R in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 30) is **APPROVED** and **ADOPTED**. The Plaintiff's motion (Doc. No. 25) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**.

This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1